450 A.2d 181

Commonwealth v. Brown, Appellant.

Argued January 25, 1982. Lawrence S. Rosenwald, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.